UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA SCHEPPELMAN,

     Plaintiff,

                                  Case No. 1:24-cv-1104

v.

                                  Hon. Hala Y. Jarbou

COUNTY OF BERRIEN, et al.,

     Defendants.

_____/

## ORDER

Before the Court is Defendant Wellpath LLC's Notice of Termination of Stay and Discharge of Claims, wherein Wellpath requests that the Court terminate the stay and discharge the underlying claims against it (ECF No. 11).  Plaintiff and Defendant County of Berrien do not object (ECF No. 12).

Accordingly,

**IT IS ORDERED** that the case is **REOPENED** and the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that Defendant Wellpath LLC's request (ECF No. 11) is **GRANTED** and Wellpath is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant County of Berrien answer or otherwise respond to Plaintiff's complaint by **August 4, 2025**.


Dated: July 11, 2025                   /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE